# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| COSTAR III, LLC | ) ASBCA No. 56479 |
| | ) |
| Under Contract No. N62477-00-D-0085 | ) |

APPEARANCE FOR THE APPELLANT: Joseph J. D'Erasmo, Esq.
Joseph J. D'Erasmo & Associates
Rockville, MD

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephen Tobin, Esq.
Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE CLARKE

The parties have entered into a Release and Settlement of Claims dated 1 June 2015 and jointly request that the Board enter judgment in the above-referenced appeal. Accordingly, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award in the amount of $12,251.81. Appellant has waived CDA interest.

Dated: 16 June 2015

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 56479, Appeal of COSTAR III, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals